

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-92,718-01 & 92,718-02

**EX PARTE CLINTON JOHNSON, Applicant**

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. F20-51608-N & F20-53952-N IN THE 195TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of burglary of a building and unauthorized use of a motor vehicle and sentenced to 18 months and 2 years' imprisonment, respectively. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On May 10, 2021, the trial court entered orders designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary

investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: June 16, 2021
Do not publish